UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KENDLE HAWKINS,<br><br>　　　　　　　Defendant. | CASE NO. **3:21-cr-005213-RSM**<br><br>**ORDER DENYING MOTION FOR REVOCATION OF DETENTION ORDER** |

On July 2, 2021 the Honorable Theresa Fricke ordered Defendant detained. Dkt. 20. On September 22, 2021, Defendant filed a Motion for Revocation of Detention Order. Dkt. 27  The Court may reopen a detention hearing only if there is new information that was not known to the movant at the time of the detention hearing that has a material bearing on the issue of flight risk and danger to the community. *See* 18 U.S.C. § 3142(f)(2)(B). Defendant argues Judge Fricke erred in finding he is a danger to the community and a flight risk. This is not new evidence that is material to Judge Fricke's findings. The Court accordingly DENIES the motion, Dkt. 27, to revoke the detention order. The clerk shall provide a copy of this order to the parties.

DATED this 30$^h$ day of August 2021.

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER DENYING MOTION FOR
REVOCATION OF DETENTION ORDER - 1