Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| United States,<br><br>  Plaintiff,<br><br>v.<br><br>Kendle Hawkins,<br><br>  Defendant. | No. CR21-05126RSM<br><br>**ORDER ON MOTION TO EXTEND MOTION DEADLINE** |

The Court being fully advised, and the parties being in agreement, the Court GRANTS the motion. The Court sets the following schedule with respect to briefing of pretrial motions:

1. Defense pretrial motions due:        March 30, 2022
2. Government's responses due:          April 13, 2022
3. Optional reply briefs due:           April 15, 2022
4. Motions hearing dates, if needed:    April 25 and 26, 2022

///

///

ORDER ON MOTION TO EXTEND MOTION DEADLINE
– 1 –

DATED this 21st day of March, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE