The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENDLE RASHEN HAWKINS,<br><br>Defendant. | NO. CR21-5213 RSM<br><br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibits C and D,

It is hereby ORDERED that Exhibits C and D, shall remain sealed.

DATED this 19th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order to Seal
*United States v. Hawkins / CR21-5213 RSM* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970