The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENDLE RASHEN HAWKINS,<br><br>　　　　　　　　　　Defendant. | No. CR21-5213 RSM<br><br>ORDER GRANTING DEFENDANT'S<br>MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the Court on Defendant Kendle R. Hawkins' Motion for a Continuance of the Trial Date. The court has considered the reasons for the motion, the agreement of the United States, and the file herein.

The Court finds that counsel for the defendant needs additional time to investigate the evidence supporting the charges brought by the government, determine the need for any pretrial motions pertaining to the evidence, and prepare for trial.

Based on these findings, the Court concludes that the continuance of the trial date sought by the defendant serves the ends of justice. Further, the ends of justice served by a continuance of this matter from December 5, 2022, outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE – Page 1

PUGET LAW GROUP
938 Broadway
Tacoma, Washington 98402
(253) 627-4696 Tel
john@pugetlawgroup.com

result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation for his defense.  18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is hereby

ORDERED that Kendle R. Hawkins' Motion to Continue the Trial Date is GRANTED.  The Pretrial Motions Cut Off Date is continued to February 2, 2023.  Responses to motions shall be due two weeks after the Pretrial Motions Cut Off date. The Trial Date is continued to March 20, 2023.

It is further

ORDERED that the time from the current trial date of December 5, 2022, until the new trial date of March 20, 2023, shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 5th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

   /S/ John M. Sheeran
JOHN M. SHEERAN, WSBA#26050
Attorney for Defendant Kendle R. Hawkins

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE – Page 2

PUGET LAW GROUP
938 Broadway
Tacoma, Washington 98402
(253) 627-4696 Tel
john@pugetlawgroup.com