UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENDLE RASHEN HAWKINS,<br><br>　　　　　　　　　Defendant. | )<br>) NO. 3:21-cr-5213-RSM<br>)<br>) ORDER APPOINTING<br>) RUSSELL M. AOKI AS<br>) COORDINATING<br>) DISCOVERY ATTORNEY<br>)<br>) |

The Government has filed a notice that *United States v. Hawkins*, CR21-05213-RSM is related to the following cases, which have been assigned to this Court: *United States v. Calvert-Majors, et al.*, CR21-053 RSM; *United States v. Lumumba-Olabisi, et al.*, CR21-056 RSM; *United States v. Snipes, et al.*, CR21-057 RSM; *United States v. McGee, et al.*, CR21-058 RSM; *United States v. Clemente*, CR 21-063 RSM; *United States v. Jordan*, CR21-064 RSM; *United States v. Arambula et al.*, CR21-107 RSM; *United States v. Moreno Aguirre et al.*, CR21-108 RSM.

The Government states this matter stems from the same investigation as the related cases and will involve largely the same evidence. Russell M. Aoki has been appointed as the Coordinating Discovery Attorney (CDA) to help defense counsel with the discovery management for all the matters except this one. The Government has asked the CDA to provide discovery to court-appointed counsel. The CDA has confirmed with Defendant Hawkins' defense counsel that he wants the CDA to be

ORDER APPOINTING RUSSELL M. AOKI AS COORDINATING DISCOVERY ATTORNEY - 1

appointed to this case to distribute discovery and help him manage the voluminous discovery.

It is hereby **ORDERED** that Russell M. Aoki is appointed as Coordinating Discovery Attorney for court-appointed defense counsel for Defendant Hawkins.

The Coordinating Discovery Attorney shall oversee any discovery issues common to Defendant Hawkins and all defendants of the related cases. His responsibilities will include:

- Managing and, unless otherwise agreed upon with the Government, distributing discovery produced by the Government and relevant third-party information common to all defendants;

- Assessing the amount and type of case data to determine what types of technology should be evaluated and used so duplicative costs are avoided and the most efficient and cost-effective methods are identified;

- Acting as a liaison with federal prosecutors to ensure the timely and effective exchange of discovery;

- Identifying, evaluating, and engaging third-party vendors and other litigation support services;

- Assessing the needs of individual parties and further identifying any additional vendor support that may be required—including copying, scanning, forensic imaging, data processing, data hosting, trial presentation, and other technology depending on the nature of the case;

- Identifying any additional human resources that the individual parties may need for the organization and substantive review of information; and

- Providing training and support services to the defense teams as a group and individually.

When executing these responsibilities, the Coordinating Discovery Attorney shall assess the most effective and cost-efficient methods to organize the discovery with input from defense counsel.

The Coordinating Discovery Attorney's duties do not include providing representation services and, therefore, will not be establishing an attorney-client relationship with the defendant. Discovery intended for the counsel of a specific defendant and not to be shared among all defense counsel of the related cases shall be produced by the Government directly to defense counsel. Discovery issues specific to Defendant Hawkins shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney.

Any additional discovery not already produced shall be provided directly to the Coordinating Discovery Attorney, who shall duplicate and distribute the discovery to defense counsel unless the Government elects to produce discovery directly to defense counsel with a simultaneous copy to the Coordinating Discovery Attorney. The Government shall work with the Coordinating Discovery Attorney to provide discovery in a timely manner.

The Coordinating Discovery Attorney shall petition this Court, *ex parte*, for funds for outside services and shall monitor all vendor invoices for these services, including confirming the work previously agreed to be performed. However, the Administrative Office of the U.S. Courts, Defender Services Office will pay for his time and the time spent by his staff. All petitions for outside services shall include a

basis for the requested funds and a determination that the costs of the services are reasonable.

The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

DATED this 7th day of November, 2022

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE