The Honorable Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-5213 RSM |
|---|---|
| Plaintiff | |
| | [Proposed] |
| v. | |
| KENDLE RASHEN HAWKINS, | ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its response to defendant's second motion to suppress evidence that does not exceed 16 pages in length.

//
//
//

Order Permitting Excess Pages - 1
*United States v. KENDLE RASHEN HAWKINS* / CR21-5213 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 10TH day of February, 2023.

　

　

RICARDO S. MARTINEZ
United States District Judge

PRESENTED BY:

/s/ Erin H. Becker
ERIN H. BECKER
Assistant United States Attorney

Order Permitting Excess Pages - 2
United States v. KENDLE RASHEN HAWKINS / CR21-5213 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970