The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br><br>KENDLE RASHEN HAWKINS,<br><br>                          Defendant. | No. CR21-5213 RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the Court on Defendant Kendle R. Hawkins' Motion for a Continuance of the Trial Date. The court has considered the reasons for the motion, the agreement of the United States, the defendant's waiver of his right to a speedy trial, and the file herein.

The Court finds that counsel for the defendant needs additional time to investigate the evidence supporting the charges brought by the government, determine the need for any further investigation pertaining to the evidence, and prepare for trial.

Based on these findings, the Court concludes that the continuance of the trial date sought by the defendant serves the ends of justice. Further, the ends of justice served by a continuance of this matter from October 2, 2023, to February 5, 2024, outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE – Page 1

PUGET LAW GROUP
938 Broadway
Tacoma, Washington 98402
(253) 627-4696 Tel
john@pugetlawgroup.com

U.S.C. § 3161(h)(7)(A).  Proceeding to trial absent adequate time for the defense to prepare could result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation for his defense.  18 U.S.C. § 3161(h)(7)(B)(iv).

THEREFORE, IT IS HEREBY ORDERED that Kendle R. Hawkins' Motion to Continue the Trial Date is GRANTED.  The Trial Date is continued to February 5, 2024.

IT IS FURTHER ORDERED that the time from the current trial date of October 2, 2023, until the new trial date of February 5, 2024 shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 11th day of September, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/ *John M. Sheeran*
JOHN M. SHEERAN, WSBA#26050
Attorney for Defendant Kendle R. Hawkins

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE – Page 2

PUGET LAW GROUP
938 Broadway
Tacoma, Washington 98402
(253) 627-4696 Tel
john@pugetlawgroup.com