The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>KENDLE RASHEN HAWKINS,<br><br>       Defendant. | No. CR21-5213 RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the Court on Defendant Kendle R. Hawkins' Motion for a Continuance of the Trial Date. The Court has considered the reasons for the motion, the opposition of the United States, and the files herein.

The Court finds that newly appointed counsel for the defendant needs additional time to investigate the evidence supporting the charges brought by the government, determine the need for any pretrial motions pertaining to the evidence, and prepare for trial. The court further finds that a scheduling conflict exists with the case of *United States v. Frick*, CR21-110RAJ.

Based on these findings, the Court concludes that the continuance of the trial date sought by the defendant serves the ends of justice. Further, the ends of justice served by a continuance of this matter from February 5, 2024 to July 15, 2024, outweighs the best

ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE TRIAL DATE – Page 1

**PUGET LAW GROUP**
**938 Broadway**
**Tacoma, Washington 98402**
**(253) 627-4696 Tel**
**john@pugetlawgroup.com**

1 interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18
2 U.S.C. § 3161(h)(7)(A).  Proceeding to trial absent adequate time for the defense to prepare
3 could result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).  Taking into account the
4 exercise of due diligence, a continuance is necessary to allow the defendant the reasonable
5 time for effective preparation for his defense.  18 U.S.C. § 3161(h)(7)(B)(iv).

6 THEREFORE, IT IS HEREBY ORDERED that Kendle R. Hawkins' Motion to
7 Continue the Trial Date is GRANTED.  The Pretrial Motions Cut Off Date is continued to
8 May 16, 2024.  Responses to motions shall be due two weeks after the Pretrial Motions Cut
9 Off date. The Trial Date is continued to July 15, 2024.

10 IT IS FURTHER ORDERED that the time from the current trial date of February 5,
11 2024, until the new trial date of July 15, 2024 shall be excluded in counting the time within
12 which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

13 DATED this 2nd day of January, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/ John M. Sheeran
JOHN M. SHEERAN, WSBA#26050
Attorney for Defendant Kendle R. Hawkins

/s/ PAULA T. OLSON
PAULA T. OLSON, WSBA #11584
Attorney for Defendant Kendle R. Hawkins

ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE TRIAL DATE – Page 2

PUGET LAW GROUP
938 Broadway
Tacoma, Washington 98402
(253) 627-4696 Tel
john@pugetlawgroup.com